FILED

03/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0377

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0377

_____

MICHAEL HUMMERT,

      Plaintiff and Appellant,

   v.                                     O R D E R

JERRY CHRISTISON,

      Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 3 2021